UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**OSCAR AGUILAR CONTRERAS,**

    **Plaintiff,**

  v.                                Case No.:  6:25-cv-1096-CEM-RMN

**DONALD J. TRUMP, et al.,**

    **Defendants,**

_____/

**ORDER**

THIS CAUSE is before the Court on, among other things, Plaintiff Oscar Aguilar Contreras Civil Rights Complaint ("Complaint," Doc. 1) and Motion for Temporary Restraining Order (Doc. 4). Plaintiff identifies as a transgender woman and is a prisoner at the United States Penitentiary Coleman II ("USP Coleman II). Plaintiff seeks, among other things, to enjoin Defendants from enforcing Executive Order 14168 regarding gender affirming care. (Doc. 1 at 3, 10). Plaintiff notes that because of the Bureau of Prison's implementation of Executive Order 14168, her gender dysphoria symptoms have been exacerbated and she has had suicidal thoughts and ideations. (*Id*. at 6).

Rule 1.04(b) of the Local Rules for the United States District Court for the Middle District of Florida requires that civil actions must be filed "in the division to which the action is most directly connected or in which the action is most

conveniently advanced." District courts have authority to transfer a case to any district or division in which it could have been brought. 28 U.S.C. § 1406(a).

Here, Plaintiff complains about events occurring at USP Coleman II and sues, among others, two individuals employed at USP Coleman II. (Doc. 1). USP Coleman II is in the Ocala Division of the United States District Court for the Middle District of Florida. Thus, this action should have been filed in the Ocala Division.

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Pursuant to 28 U.S.C. § 1406, the Clerk of Court is **DIRECTED** to transfer this case to the United States District Court for the Middle District of Florida, Ocala Division.

2. Because the Complaint includes an allegation of suicidal ideation, danger of death, or imminent physical harm by a confined person, the **Clerk of Court** shall:

    a. **IMMEDIATELY** email the state or federal official where the person is confined of the allegation and attach a copy of the Complaint (Doc. 1);

    b. **CONFIRM** the official received the Court's email; and

    c. **ENTER** a docket entry stating the name of the official who received the Court's notice and when.

**DONE** and **ORDERED** in Orlando, Florida on June 20, 2025.



Copies furnished to:

Unrepresented Party
Orlando Division Manager